IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODY KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:22-cv-04110-SCJ |
| BJT ENTERPRISES, INC. and ) | |
| ERNEST RANDALL PAGE, ) | |
| ) | |
| Defendant. ) | |

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Cody King, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), his Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice as to all Defendants, and without an award of fees or costs to either party.

Dated: January 12, 2023.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306

Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on January 12, 2023, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail as follows:

Daniel T. Seelos, Esq.
Kitchens Kelly Gaynes PC
5555 Glenridge Connector, Suite 800
Atlanta, Georgia 30342
dseelos@kkgpc.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich